

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ANGHARAD K. WILSON<br>*Senior Counsel*<br>Phone: (212) 356-2572<br>Fax: (212) 356-3509<br>awilson@law.nyc.gov |
|---|---|---|

January 15, 2021

**BY ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Yajaira Saavedra v. City of New York, et al.</u>, 19-cv-7491(JPC)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and am the attorney assigned to the defense of this matter. I write to respectfully request a one-week extension of time, from January 19, 2021 to January 26, 2021 to produce disciplinary summaries for the Defendants with redactions in compliance with the Court's Order of January 12, 2021. Pursuant to the Order, Your Honor directed defendants to review the entirety of the disciplinary records previously produced to ensure that all information consistent with the Court's ruling is un-redacted. In order to fully comply with the Court's Order, for certain entries, the undersigned requires further information concerning the circumstances underlying those allegations from the NYPD to determine whether redactions are proper. Plaintiff's counsel consents to the requested extension. This is the first request for an extension of this deadline.

      Thank you for your consideration of the foregoing.

Defendants' request is GRANTED. Defendants shall produce the records ordered, Dkt. 48, by January 26, 2021.

SO ORDERED.

Date: January 15, 2021
      New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

Angharad Wilson
Senior Counsel

      cc:    All Counsel (via ECF)