```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
YAJAIRA SAAVEDRA,                                                  :
                                                                   :
                        Plaintiff,                                 :
                                                                   :   19 Civ. 7491 (JPC)
             -v-                                                   :
                                                                   :   ORDER
CITY OF NEW YORK et al.,                                           :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The pretrial conference scheduled for April 13, 2021 at 10:00 a.m. is adjourned *sine die*.

    SO ORDERED.

Dated: March 31, 2021
       New York, New York

                                        JOHN P. CRONAN
                             United States District Judge