

**THE CITY OF NEW YORK**

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **ANGHARAD K. WILSON**<br>*Senior Counsel*<br>Phone: (212) 356-2572<br>Fax: (212) 356-3509<br>awilson@law.nyc.gov |

July 1, 2021

**BY ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Defendants' request is granted. Fact discovery shall be completed by September 10, 2021, and expert discovery shall be completed by November 8, 2021.
>
> SO ORDERED.
> Date: July 2, 2021
> New York, New York
>
> */s/ John P. Cronan*
> JOHN P. CRONAN
> United States District Judge

Re:   Yajaira Saavedra v. City of New York, et al., 19-cv-7491(JPC)

Your Honor:

    I am a Senior Counsel in the office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and am the attorney assigned to the defense of this matter. I write to respectfully request a 60-day extension of the fact discovery deadline, from July 12, 2021 to September 10, 2021. This extension is being requested because this case is being transferred to another attorney in this Office, in part because the undersigned is scheduled to begin a medical leave on July 2, 2021. Further, due to related medical issues of the undersigned and a number of unanticipated difficulties in answering for the newly named defendants, there remain a number of items of discovery that need to be resolved. As such, the newly assigned Assistant Corporation Counsel will need additional time to familiarize themselves with the case and complete the outstanding discovery, including, but not limited to, defending the depositions of the officers newly named in the Third Amended Complaint, Sergeant Paul O'Connor and former Captain Steven Dixson, as well as the depositions of the undercover officers who were involved in this matter. Plaintiff's counsel consents to the requested extension. This is the fourth request for an extension of this deadline; the prior joint requests for extension were granted.

    For the foregoing reasons, defendants request a 60-day extension of the fact discovery deadline from July 12, 2021 to September 10, 2021, with a corresponding extension of the expert discovery deadline from September 7, 2021 to November 8, 2021.

Thank you for your consideration of the foregoing.

                                              Respectfully submitted,

                                              Angharad Wilson
                                              Senior Counsel

cc:    All Counsel (via ECF)